IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUNIOR WILLIAMS,

    Plaintiff,

v.                                                    Civil Action No. **3:23CV729**

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 13, 2023, the Court conditionally docketed Plaintiff's action. On November 20, 2023, the United States Postal Service returned the November 13, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Inmate Released." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                               /s/
                                             John A. Gibney, Jr.
                                             Senior United States District Judge

Date: 12/12/23
Richmond, Virginia